# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY LEE TURNER

NO. 2022 KW 0367

**AUGUST 2, 2022**

---

In Re:   Randy Lee Turner, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 717,086.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
a.Sn̄
DEPUTY CLERK OF COURT
FOR THE COURT